IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01956-WYD-KMT

DANY L. CLEMENTSON,

    Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation;
COUNTRYWIDE HOME LOANS, INC., a New York corporation;
ANGELO MOZILO, an individual;
DAVID SAMBOL, an individual;
BANK OF AMERICA CORPORATION, a Delaware corporation, as successor in interest to COUNTRYWIDE FINANCIAL CORPORATION; and
others as DOES 1 – 25, inclusive,

    Defendants.

## ORDER DISMISSING PARTIES

    THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Strike and Remove Individual Defendants From Original Complaint, filed November 12, 2010 [ECF No. 30].  Plaintiff seeks to voluntarily dismiss Defendants Angelo Mozilo and David Sambol from this case and notes that neither Defendant has been personally served.  Upon consideration of the motion, Fed. R. Civ. P. 41(a)(1), and the file herein, it is hereby

    ORDERED that the Motion to Strike is **GRANTED**.  It is

    FURTHER ORDERED that all claims and causes of action asserted against Defendants Angelo Mozilo and David Sambol are **DISMISSED WITHOUT PREJUDICE**.

Dated: November 22, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge