IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01956–WYD–KMT

DANY L. CLEMENTSON,

    Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation,
COUNTRYWIDE HOME LOANS, INC., a New York corporation,
ANGELO MOZILO, an individual,
DAVID SAMBOL, an individual,
BANK OF AMERICA CORPORATION, a Delaware corporation, as successor in interest to COUNTRYWIDE FINANCIAL CORPORATION, and
DOES 1-25, inclusive,

    Defendants.

## ORDER

This matter is before the court on review of "Plaintiff's First Amendment to Civil Complaint" (Doc. No. 39, filed December 16, 2010). The record in this case shows plaintiff filed his original complaint in Jefferson County District Court on July 19, 2010. (Doc. No. 1-1.) The case was removed to this Court on August 17, 2010. (Doc. No. 1.) Defendant Bank of America Corporation filed its Motion to Dismiss on September 7, 2010. (Doc. No. 11.)

Fed. R. Civ. P. 15(a) states a party may amend its pleadings once as a matter of course within twenty-one days after serving it or, if the pleading is one to which a responsive pleading is required, twenty-one days after service of a responsive pleading or service of a motion under

Rule 12(b), (e), or (f), whichever is earlier.  In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's leave.  Fed. R. Civ. P. 15(a)(2).  There is no record that the defendants in this case gave their written consent for the filing of the "First Amendment to Civil Complaint," and Plaintiff did not seek leave of the court.  Therefore, it is

    ORDERED that "Plaintiff's First Amendment to Civil Complaint" (Doc. No. 39) is STRICKEN.

    Dated this 17th day of December, 2010.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge