IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01956-WYD-KMT

DANY L. CLEMENTSON,

       Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation,
COUNTRYWIDE HOME LOANS, INC., a New York corporation,
ANGELO MOZILO, an individual,
DAVID SAMBOL, and individual,
BANK OF AMERICA CORPORATION, a Delaware corporation, as successor in interest to COUNTRYWIDE FINANCIAL CORPORATION, and
others as DOES 1 - 25, inclusive,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Daniel, Chief Judge

      Plaintiff submitted a Notice of Appeal on June 14, 2011.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is not on proper form (must use the court's current form)
      <u>   </u>   is missing original signature by plaintiff/petitioner on motion
      <u>   </u>   is missing affidavit
      <u>   </u>   affidavit is incomplete
      <u>   </u>   is missing original signature by plaintiff/petitioner on affidavit

   __    affidavit is not notarized or is not properly notarized
   __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u>15th</u> day of June, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                CHIEF JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO